No. 11–8016.  NOROUZIAN *v.* UNIVERSITY OF KANSAS HOSPITAL AUTHORITY ET AL.  C. A. 10th Cir.  Certiorari denied.  ▮

No. 11–8028.  PRADO *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 11–8030.  MCDONALD *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 11–8031.  WRIGHT *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 11–8033.  SHEPPARD *v.* GARCIA, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–8034.  SHANKLIN *v.* COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 11–8035.  ROBINSON-REEDER *v.* AMERICAN COUNCIL ON EDUCATION.  C. A. D. C. Cir.  Certiorari denied.  ▮

No. 11–8036.  CHAMBERS *v.* WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.  ▮

No. 11–8037.  CARRILLO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  ▮

No. 11–8049.  ALLEN *v.* TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 11–8051.  VADEN *v.* ADAMS ET AL.  C. A. 9th Cir.  Certiorari denied.  ▮

No. 11–8053.  BAKER *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.  ▮

No. 11–8057.  GONZALES *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.  ▮

No. 11–8062.  WOODS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.  ▮